UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Heather Martinez,<br><br>       Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>       Defendant. | No.   1:14-cv-3122-VEB<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The Commissioner is directed to make an immediate award of benefits.

DATED:  July 27, 2015

                                        SEAN F. McAVOY
                                        Clerk of Court

                                        By: *s/Jaime White*
                                            Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE